# UNITED STATES COURT OF INTERNATIONAL TRADE
# BEFORE: LEO M. GORDON, JUDGE

| | |
|---|---|
| XI'AN METALS IMPORT & EXPORT CO., LTD.,<br><br>    Plaintiff,<br>and<br><br>SHANXI PIONEER HARDWARE INDUSTRIAL CO., LTD.,<br><br>    Consolidated Plaintiff,<br>and<br><br>BUILDING MATERIAL DISTRIBUTORS, INC.,<br><br>    Consolidated Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant,<br>and<br><br>MID CONTINENT STEEL & WIRE, INC.,<br><br>    Defendant-Intervenor. | Consol. Court No. 20-00103 |

## NOTICE OF APPEAL

Notice is hereby given that Shanxi Pioneer Hardware Industrial Co., Ltd., consolidated plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment of the United States Court of International Trade entered in this action. *Xi'an Metals Import & Export Co., Ltd. v. United States*, Ct. No. 20-00103, Slip Op. 21-71 (Ct. Int'l Trade, June 9, 2021), ECF Nos. 45 and 46. This Notice is filed in accordance with 28 U.S.C. § 2645(c) and 28 U.S.C. § 2107(b).

Respectfully submitted,

/s/Jeffrey S. Neeley
Jeffrey S. Neeley
**Husch Blackwell LLP**
750 17th St., NW
Suite 900
Washington, DC 20006
(202) 378-2409
Email: Jeffrey.Neeley@huschblackwell.com

Dated:  August 4, 2021