# UNITED STATES COURT OF INTERNATIONAL TRADE

<u>Before: The Honorable Leo M. Gordon, Senior Judge</u>

| | |
|---|---|
| XI'AN METALS & MINERALS IMPORT & EXPORT CO., LTD., ET AL, <br><br> Plaintiffs, <br><br> and <br><br> BUILDING MATERIAL DISTRIBUTORS, INC., <br><br> Consolidated Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> MID CONTINENT STEEL & WIRE, INC., <br><br> Defendant-Intervenor. | Consol. Court No.:  20-00103 |

## NOTICE OF APPEAL

Please take notice that Building Material Distributors, Inc., consolidated Plaintiff in the above captioned case, hereby appeals to the United States Court of Appeals for the Federal Circuit the final judgment entered in this action on June 9, 2021.  ECF Nos. 45 and 46.

The final judgment hereby appealed affirmed the final results of the U.S. Department of Commerce's August 1, 2017 – July 31, 2018 administrative review of the antidumping duty order *Certain Steel Nails from the People's Republic of China*, 85 Fed. Reg. 22,399 (Apr. 24, 2020).

**Consol. Court No.: 20-00103**

        Respectfully submitted,

/s/ <u>*Ronald M. Wisla*</u>
Lizbeth R. Levinson
Ronald M. Wisla
Brittney R. Powell

FOX ROTHSCHILD LLP
1030 15th Street, NW
Suite 380 East
Washington, DC  20005
 Tel:    (202) 794-1183
 Email:   rwisla@foxrothschild.com

Dated: Aug. 9, 2021

125222019.1